United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50903
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JONATHAN DUANE MOORE,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-01-CR-6-4
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Jonathan
Duane Moore on appeal has filed a motion to withdraw and a brief
pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744 (1967).
Moore has not filed a response.  Our independent review of the
brief and the record discloses no nonfrivolous issue in this
direct appeal.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.